# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARIE SMITH and JOHN LOUIS** | ) | |
| **MORNAN,** *pro se*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 14-00333-KD-N** |
| | ) | |
| **HOLIDAY RETIREMENT CORP.,** *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 26, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **11th** day of **September 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**